IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

————————————

No. 02-10234
Conference Calendar

————————————

JUAN RAMON MARTINEZ,

                                        Petitioner-Appellant,

versus

L. E. FLEMING, Warden,

                                        Respondent-Appellee.

--------------------
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:01-CV-826-A
--------------------
October 30, 2002

Before DeMOSS, BENAVIDES, and STEWART, Circuit Judges.

PER CURIAM:[*]

    Juan Ramon Martinez, federal prisoner #04139-030, appeals
from the denial of his petition seeking relief under 28 U.S.C.
§ 2241.  The district court held, because Martinez was
challenging the legality of his conviction, his claim must be
raised in a motion filed pursuant to 28 U.S.C. § 2255 and that
Martinez had failed to show that the savings clause of 28 U.S.C.
§ 2255 was applicable.  A prior unsuccessful 28 U.S.C. § 2255

_____

    [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

motion does not render that remedy inadequate or ineffective. See Tolliver v. Dobre, 211 F.3d 876, 878 (5th Cir. 2000). Martinez has failed to show on appeal that he is entitled to application of the savings clause.

Accordingly, the district court's judgment is AFFIRMED.